Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

In re INTEGRATED TELECOM EXPRESS, INC.
        Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 [or chapter 9] case.. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| HARBOR CAPITAL LLC<br>1364 ESTATE LANE EAST<br>LAKE FOREST, IL 60045 | HARBOR CAPITAL LLC<br>1364 ESTATE LANE EAST<br>LAKE FOREST, IL 60045<br>David Shaw<br>847-735-0454x201<br>847-735-0455 | Capital lease obligation | | X | | 354,418.00 |
| DELAWARE SECRETARY OF STATE<br>P.O. BOX 74072<br>BALTIMORE, MD 21274-4072 | DELAWARE SECRETARY OF STATE<br>P.O. BOX 74072<br>BALTIMORE, MD 21274-4072 | Corporate tax fee | | | | 26,600.00 |
| AON RISK SERVICES, INC.<br>99 ALMADEN BVLD<br>SAN JOSE, CA 95113 | AON RISK SERVICES, INC.<br>99 ALMADEN BVLD<br>SAN JOSE, CA 95113<br>Ivy Lim<br>408-535-2838<br>408-534-6330 | Commercial & Worker's Comp Ins | | X | | 14,378.30 |
| Pension Specialists<br>35 IRON POINT CIRCLE, STE. 100<br>FOLSOM, CA 95630 | Pension Specialists<br>35 IRON POINT CIRCLE STE. 100<br>FOLSOM, CA 95630<br>Shannon Larson<br>916-605-4015x138<br>916-605-4024 | Professional Fees | | | | 7,860.00 |
| PG&E<br>Box 997300<br>SAN FRANCISCO, CA 95899-7300 | PG&E<br>Box 997300<br>SAN FRANCISCO, CA 95899<br>A/R Billing Department<br>800-743-5000<br>916-561-6710 | Utilities | | X | | 7,500.00 |

In re: INTEGRATED TELECOM EXPRESS, INC.
        Debtor

Case No.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (Con'td)**

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Aetna US Healthcare<br>2409 Camino Ramon, F947, Bishop Ranch No 9<br>San Ramon, CA 94583 | Aetna US Healthcare<br>2409 Camino Ramon, F947, Bishop Ranch No 9<br>San Ramon, CA 94583<br>Jim Hatch<br>650-244-8370<br>650-871-9144 | Health Insurance Premiums | | | | 4,804.05 |
| STACEY M. LAYZELL<br>105 COLLEGE AVENUE<br>LOS GATOS, CA 95030 | STACEY M. LAYZELL<br>105 COLLEGE AVENUE<br>LOS GATOS, CA 95030<br>Stacey Layzell<br>408-354-8805<br>408-354-1244 | Professional Fees | | X | | 3,500.00 |
| AT&T - Universal Biller<br>PO Box 79112<br>Phoenix, AZ 85062-9112 | AT&T - Universal Biller<br>PO Box 79112<br>Phoenix, AZ 85062-9112<br>Matt Breite<br>408-382-6250<br>408-382-6106 | Utilities | | | | 3,030.55 |
| Abarca Equity, Inc.<br>Bay Center II Business Park, 3856 Bay Center Place<br>Hayward, CA 94545 | Abarca Equity, Inc.<br>Bay Center II Business Park, 3856 Bay Center Place<br>Hayward, CA 94545<br>Rose Hoffman<br>510-887-0300<br>510-732-9366 | Professional Fees | | | | 2,291.67 |
| EQUISERVE LP<br>150 ROYALL STREET<br>CANTON, MA 02021 | EQUISERVE LP<br>150 ROYALL STREET<br>CANTON, MA 02021<br>RICKY RICHARDSON<br>781-575-2394<br>781-575-2549 | Professional Fees | | X | | 2,000.00 |

In re: INTEGRATED TELECOM EXPRESS, INC.	Case No.
         Debtor

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (Con'td)**

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Cingular Wireless<br>PO Box 989049<br>West Sacramento, CA 95798-9049 | Cingular Wireless<br>PO Box 989049<br>West Sacramento, CA 95798-<br>A/R Billing Department<br>866-246-4852<br>858-642-9440 | Utilities | | | | 1,849.63 |
| Pacific Law Group<br>2 NORTH SECOND STREET<br>SUITE 290<br>SAN JOSE,CA 95113 | Pacific Law Group<br>2 NORTH SECOND STREET<br>SUITE 290<br>SAN JOSE,CA 95113<br>Alice Sun<br>415-781-8585<br>408-288-8386 | Professional Fees | | | | 1,829.32 |
| Rigoberto Sanchez<br>5258 Rooster Dr.<br>San Jose, CA 95136 | Rigoberto Sanchez<br>5258 Rooster Dr.<br>San Jose, CA 95136<br>Rigoberto Sanchez<br>408-365-9344<br>408-465-2582 | Janitorial | | X | | 1,300.00 |
| PITNEY BOWES CREDIT CORP.<br>P.O. BOX 856460<br>LOUISVILLE, KY 40285 | PITNEY BOWES CREDIT CORP.<br>P.O. BOX 856460<br>LOUISVILLE, KY 40285<br>Bic Chau<br>800-322-8000x1126<br>650-871-7207 | Trade debt | | X | | 1,111.85 |
| UMC GROUP (USA)<br>488 DE GUIGNE DRIVE<br>SUNNYVALE, CA 94086 | UMC GROUP (USA)<br>488 DE GUIGNE DRIVE<br>SUNNYVALE, CA 94086<br>Ambrose OuYang<br>408-523-7131<br>408-733-4080 | Royalty Fees | | X | | 1,102.82 |

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS (Con'td)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| XO COMMUNICATION<br>P.O. BOX 31001-0429<br>PASADENA, CA 91110-0429 | XO COMMUNICATION<br>P.O. BOX 31001-0429<br>PASADENA, CA 91110-0429<br>Billing Services<br>888-575-6398<br>888-854-9857 | Utilities | | X | | 1,000.00 |
| Pacific Bell<br>PAYMENT CENTER<br>SACRAMENTO, CA 95887-0001 | Pacific Bell<br>PAYMENT CENTER<br>SACRAMENTO, CA 95887-0001<br>Debra Choy<br>408-493-8273<br>408-493-7748 | Utilities | | | | 903.45 |
| AT&T<br>P.O. BOX 78522<br>PHOENIX, AZ 85062-8522 | AT&T<br>P.O. BOX 78522<br>PHOENIX, AZ 85062-8522<br>Matt Breite<br>408-382-6250<br>408-382-6106 | Utilities | | X | | 741.00 |
| Savvis Communications Corp.<br>5200 W CENTURY BLVD SUITE 470<br>LOS ANGELES, CA 90045-5928 | Savvis Communications Corp.<br>5200 W CENTURY BLVD STE 470<br>LOS ANGELES, CA 90045<br>Michael Romansky<br>703-234-8188<br>801-340-3855 | Utilities | | | | 725.00 |
| INTEGRATED TECHNOLOGY EXPRESS<br>1235 MIDAS WAY<br>SUNNYVALE, CA 94086 | INTEGRATED TECHNOLOGY EXPRESS<br>1235 MIDAS WAY<br>SUNNYVALE, CA 94086<br>Jane Kuan<br>408-530-8860x328<br>408-530-8861 | Royalty Fees | | X | | 544.36 |

Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market, Suite 1600
Wilmington, DE 19801
(302) 652-4100

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter |
| | ) | |
| INTEGRATED TELECOM EXPRESS, INC., | ) | 11 Case No. |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Federal Tax Id No. 77-0403748 | ) | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *James Williams* of Integrated Telecom Express, Inc., named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: 10/4/02

Signature
By: James Williams
Its CFO

42325-001\DOCS_SF:24322.1