IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED TELECOM EXPRESS, INC., | ) | Case No. 02-_____ (___) |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY HOLDERS

Integrated Telecom Express, Inc.
Stockholder Listing as of 7/26/02 - Stockholders On Record

| Name | Street Address (1) | Street Address (2) | City/State | ZIP | Country | Contact | No. of Shares |
|---|---|---|---|---|---|---|---|
| Lalitha Abraham | 1235 Wildwood Ave #75 | | Sunnyvale, CA | 94089-2706 | USA | | 3,458 |
| Alexander Aguilera & Rickey H Harris JT Ten | Rt 1 Box 187 | | Big Cabin, OK | 74332-9761 | USA | | 10 |
| Kent Casady | 7921 Princess | | La Jolla, CA | 92037-3344 | USA | | 1,000 |
| Poh Choo Chan | 398 Boynton Avenue #31 | | San Jose, CA | 95117-1210 | USA | | 575 |
| An-Hung Chang | #21 Chu Tsuen 7th Road | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 25,000 |
| Affluent Corporation SA | 18 Queens Road Central | New World Tower 32nd Floor | | | HONG KONG | | 125,000 |
| Caraly Biermann | c/o Paine Webber | 400 S El Camino Real #900 | San Mateo, CA | 94402-1707 | USA | | 8,885 |
| Yun-Wei Chan | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 50,000 |
| Cecilia & Jia Jen Chang JT Ten | 12847 Arroyo De Arguello | | Saratoga, CA | 95070-3705 | USA | | 25,000 |
| Charles C Chang | 3615 Gren Lee Drive #1 | | San Jose, CA | 95117-1455 | USA | | 4,900 |
| Chensen Chang | 1233 Valdez Way | | Fremont, CA | 94539-3660 | USA | | 19,708 |
| Chih-Jen Chang | #3 Li Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 25,000 |
| Hsing-Shou Chang | 10190 South Tantau Avenue | | Cupertino, CA | 95014-3542 | USA | | 588 |
| Mu-Tien Chang | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 25,000 |
| Cheng Hsiu-Chih Chang | 1233 Valdez Way | | Fremont, CA | 94539-3660 | USA | | 5,000 |
| Chi-Hwa Chang | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 50,000 |
| Chun-Yen Chang | 1001 Ta Hsueh Road | | Hsin-Chu | | TAIWAN | | 10,000 |
| Jui-Chun Chang | #3 Li-Hsin Road II | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 34,500 |
| Paul Kun-Lo Chang | 4434 Calypso Terrace | | Fremont, CA | 94555-1608 | USA | | 2,400 |
| Sen-Huang Sam Chang | 1361 Ferrel Court | | San Jose, CA | 95132-2371 | USA | | 433 |
| Charles Schwab & Co Inc | 101 Montgomery St | | San Francisco, CA | 94104-4122 | USA | | 16,000 |
| Chih-Feng Chen | 8F #233-1 Pao-Chiao Road | | HsinTien City | | TAIWAN | | 5,000 |
| Jen-Hong C Chen | 1812 Penwood Street | | San Jose, CA | 95133-1164 | USA | | 20,000 |
| Liangyuan Chen | 1763 Parkview Green Court | | San Jose, CA | 95131-3227 | USA | | 2,499 |
| Yuan-Chong Chang | #3 Li-Hsin Road II | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 10,000 |
| A-Kan Chen | 893 Persimmon Avenue | | Sunnyvale, CA | 94087-1820 | USA | | 11,250 |
| Chu-Lin Chen | 1235 Mayberry Lane | | San Jose, CA | 95131-3624 | USA | | 1,000 |
| Kun-Luh Chen, c/o Amic Technology Inc. | 6F #5 Li-Hsin Road 6th | | Hsin-Chu | 300 | TAIWAN | | 50,000 |
| Su Chen | 1446 Saratoga Drive | | Milpitas, CA | 95035-6522 | USA | | 7,125 |
| Wen-Chi Chen | 1271 Nightingale Court | | Los Altos, CA | 94024-6838 | USA | | 500,000 |
| Feng-Chi Cheng | No 31 Lane 159 Minshiang St | | Hsin-Chu | 300 | TAIWAN | | 57,000 |
| Pai Mei Chiang | PO Box 37-94 DA JR | | Taipei | | TAIWAN | | 50,000 |
| Woan-Fen Chow | 4F #29 Alley 25 lane 393 | Min-Hu Road | Hsin-Chu | | TAIWAN | | 42,000 |
| Chao-Hsing Chung | 11F-2 #138 Section 1 | Tung-Hwa South Road | Taipei | | TAIWAN | | 10,000 |
| Yu Chen | 10 F 134 Bao Chin Rd | | TaoYuan City | 330 | TAIWAN | | 75,000 |
| YingJian Chi | 440 Nuestra Ave | | Sunnyvale, CA | 94086-7555 | USA | | 1,000 |
| Hsien-Sheng Chou | 6F #22-5 Ler-Li 3 Road | An Ler | Keelong | | TAIWAN | | 15,000 |
| Tseng-Yen Chuang | 1613 Ridgetree Way | | San Jose, CA | 95131-1944 | USA | | 15,000 |
| Eric Chung | 5846 Randleswood Court | | San Jose, CA | 95129-4047 | USA | | 16,969 |
| Ye-Wai Chung | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 25,000 |
| John M Cioffi | 323 Stockbridge | | Atherton, CA | 94027-6442 | USA | | 100,000 |
| Creative Group Limited | 2 Tzu Yu Street | | Tu-Chen, Taipei Hsien | 236 | TAIWAN | | 3,500,000 |
| Shiou-Mei Fan | #5 Jing-Cheng Street 23 | | Tai-Chung City | | TAIWAN | | 27,500 |
| Fortune Venture Capital Corporation | 13-1F, #128, Ming-Shen East Rd | Section 3 | Taipei | | TAIWAN | | 4,000,000 |
| Yen-Chen Chung | 3F #13 Innovation Road 1 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 4,322 |
| Everspring Industry Co Ltd | 3F-3 #111 Son-Jiang Road | | Taipei | | TAIWAN | | 125,000 |
| Forte Family Trust | 14474 Sobey Road | | Saratoga, CA | 95070-5609 | USA | | 20,833 |
| Yu Hui Gao | 1 Chao An District Zhon Li | | Beijing | | CHINA | | 300 |
| Glory Venture Holdings Limited | 10F #8 Section 2 | Nankin E Road | Taipei | | TAIWAN | | 125,000 |
| Terry Gou | 2 Tzu-Yu Street | | Tu-chen, Taipei Hsien | 236 | TAIWAN | | 250,000 |
| John Gudmundson | 905 Windsor Hills Circle | | San Jose, CA | 95123-2486 | USA | | 6,000 |
| Keli Han | 1314 Karmen Court | | Santa Clara, CA | 95051-3207 | USA | | 4,000 |
| Jung-Lung Ho | #21 Chu Tsuen 7th Road | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 62,500 |
| Golden J&N Investment Inc. | 3F-3 #111 Song-Jiang Road | | Taipei | | TAIWAN | | 125,000 |
| Nick Gross | 3883 Eighteenth Street | | San Francisco, CA | 94114-2615 | USA | | 2,000 |
| Richard H Forte and Carol Forte | Tr The Forte Family Trust, DTD 10/19/90 | 14474 Sobey Road | Saratoga, CA | 95070-5609 | USA | | 20,000 |
| Hanmore Investment Corporation | 16F 169 Sec 4 Jen Ai Road | | Taipei | | TAIWAN | c/o TCW/YFY Investment Partners Ltd. | 250,000 |
| Ling-Ling Ho | 8F #750 Hsi-Ta Road | | Hsin-Chu | | TAIWAN | | 1,729 |

| Name | Street Address (1) | Street Address (2) | City/State | ZIP | Country | Contact | Shares |
|---|---|---|---|---|---|---|---|
| Ching-Pin Hsiao | 83 Mirabelli Circle | | San Jose, CA | 95134-1519 | USA | | 6,000 |
| Pi-Yun Hsu | #6 Lane 58 Chien-Mei Road | | Hsin-Chu | | TAIWAN | | 25,000 |
| Hui-Tzu Hu | 20 F #88 An-Ho Road | Section 2 | Taipei | | TAIWAN | | 250,000 |
| Sheree Hu | #95 16F-2 Roosevelt Road | Section 2 | Taipei | | TAIWAN | | 25,000 |
| Chien-Jen Huang | 4F 396 Section 1 Neihu Road | | Taipei | | TAIWAN | | 13,832 |
| Mei-Ling Hsu | #1 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 75,000 |
| Hsun Chieh Investment Corporation Ltd | 3F, No. 76, Sec. 2 | Tunhwa South Road | Taipei | 106 | TAIWAN | Attn: Daisy Chang | 1,112,500 |
| Shaochin Hu | 7598 Squirewood Way | | Cupertino, CA | 95014-5055 | USA | | 4,250 |
| Cheng-Wang Huang | #13 Innovation Road I | | Hsin-Chu | | TAIWAN | | 6,051 |
| Day-Chuang Huang | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 25,000 |
| Lin Hsiu-Mi Huang | 1019 Nova Court | | Milpitas, CA | 95035-6273 | USA | | 3,500 |
| Ming-Huang Hung | 6F #75 Shiann Jeng Street III | | Chu-Bei City | | TAIWAN | | 25,000 |
| Cioffi Family Trust | 1540 Oak Creek #304 | | Palo Alto, CA | 94304-2041 | USA | | 37,500 |
| Jei Hsie Nie | 10F-7 #79 Hsin Tai Wu Road | Section 1 | Hsi-Chih, Taipei Hsien | | TAIWAN | | 487,500 |
| Tinh-Wu Hu | 20F #88 An-Ho Road | Section 2 | Taipei | | TAIWAN | | 200,000 |
| Hsien-Jen Yu & Ying-Kiang Yeh JT Ten | #1 Lo Yang Street | Shin Hsing District | Taipei | | TAIWAN | | 25,000 |
| Xianglan Jia | 1314 Karmen Court | | Santa Clara, CA | 95051-3207 | USA | | 4,000 |
| Feng-Yuh Juang | 43488 Laurel Glen Common | | Fremont, CA | 94539-5799 | USA | | 295,000 |
| Yi-Chin Huang | 2F #34 Tung-Tei Street | Pai-Tou District | Taipei | | TAIWAN | | 3,458 |
| Huei-Yi Liu Hwang | 820 Phoenix Court | | Fremont, CA | 94539-6764 | USA | | 36,250 |
| Chi-Chin Chang | #2 Lane 214 Gong-Cheng Street | | Touliu City, Yun-Lin County | | TAIWAN | | 2,593 |
| Sy-Shang Chen | 2F #18 Lane 33 | Erhshin Chang Rd | Hsien-Tien, Taipei Hsien | | TAIWAN | | 1,461 |
| Chiang-Hsu Chien | 1159 Sabal Drive | | San Jose, CA | 95132-2747 | USA | | 3,042 |
| Chang-Chih Chu | 40630 Las Palmas Avenue | | Fremont, CA | 94539-3714 | USA | | 2,593 |
| San Kwadjovie | 40048 Michelle Street | | Fremont, CA | 94538-2971 | USA | | 1,500 |
| Pei-Yuan Chang | 2nd FLR #2 Technology Road III | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 3,458 |
| Winchan Chen | 4/F #4 87 Lane | Chung-Ping Road | Hsin-Chung, Taipei County | | TAIWAN | | 3,000 |
| Mimg-Jang Chiou | #130 Ya-Jo Street | Da-Li City | Taichung | | TAIWAN | | 3,458 |
| Fong-Yang Hong | #18-2 Di Cheng Lane II | Pei Do Town | Chuang Hwa County | | TAIWAN | | 500,000 |
| En-Tsai Lin | #6 Lane 2 Hsiang 1497 | Kung-E Road | Miao Li Hsien Taipei | | TAIWAN | | 2,281 |
| Chun-Hung Liu | #66 Fong-Shir Road | Fong-Yen City | Taichung County | | TAIWAN | | 2,593 |
| Wen-Chung Su | 2465 Fairview Lane | | Santa Clara, CA | 95051-1222 | USA | | 2,000 |
| Ming Kai Tsai (M K Tsai) | 1F No.13, Innovation Rd. I | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 100,000 |
| Shou-Jen Wang | 9F #289 Tun Hua S Road | Section 1 | Taipei | | TAIWAN | | 25,000 |
| Jun Zeng | 1540 White Birch Terrace #304 | | Fremont, CA | 94536-7801 | USA | | 1,208 |
| Hsin-Chih Peng | 9F-1 #38-1 Section 1 | Kuang-Fu Road | Hsin-Chu | | TAIWAN | | 5,187 |
| Ying-Hwa Tang | 4F #15 Lane 70 Section 2 | Hsin Tai Wu Road | Hsi-Chih, Taipei Hsien | | TAIWAN | | 4,322 |
| Chien-Yi Tseng | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 200,000 |
| Fong-Hsiang You | #1 Alley 20 Lane 81 | Chien Kung 2nd Road | Hsin-Chu | | TAIWAN | | 4,322 |
| Chuen-Shian Jang | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 37,000 |
| Ruixian Jiang | 34136 Finnigan Terrace | | Fremont, CA | 94555-3824 | USA | | 1,000 |
| Prathibha Kadur | 3955 Lake Ridge Drive | | San Jose, CA | 95148-3827 | USA | | 1,700 |
| Ari Kahan | 1657 Belmont Avenue | | San Carlos, CA | 94070-4813 | USA | | 14,500 |
| Yih-Chung Kung | 3F #398-1 Jen Ai Road Section 4 | | Taipei | | TAIWAN | | 5,000 |
| Kuang-Hung Kuo | 6 Lane 94 Huei Ming Street | | Hsin-Chu | | TAIWAN | | 50,000 |
| Zhongxin Lan | 34136 Finnigan Terrace | | Fremont, CA | 94555-3824 | USA | | 1,000 |
| Ah Howe Lee | 398 Boynton Avenue #31 | | San Jose, CA | 95117-1210 | USA | | 578 |
| Lei-Li Kuan | 325-16A Jen-Ai Road Section 4 | | Taipei | | TAIWAN | | 50,000 |
| Chien-Chih Kuo | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 25,000 |
| Hua Lan | 34136 Finnigan Terrace | | Fremont, CA | 94555-3824 | USA | | 1,000 |
| Steven A Latta | 1377 Pritchett Court | | Los Altos, CA | 94024-5712 | USA | | 3,000 |
| Violet Lee Cust, Jessica Chang Lee Utma Ca | 1602 Clarkspur Lane | | San Jose, CA | 95129-3804 | USA | | 6,491 |
| Violet Lee Cust, Justin Chang Lee Utma Ca | 1602 Clarkspur Lane | | San Jose, CA | 95129-3804 | USA | | 6,491 |
| Suh-Chiueh Ho Lee | 5F-1 Hsin-An Road | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 37,500 |
| Chun Li | 1891 Nobili Avenue | | Santa Clara, CA | 95051-2201 | USA | | 2,000 |
| Liangyao Li | 359 Howard Drive | | Santa Clara, CA | 95051-5812 | USA | | 2,333 |
| Yun Cheng Liao | 1609 Crestview Dr | | Los Altos, CA | 94024-5930 | USA | | 25,000 |
| Chih-Hung Lin | 21721 Santa Bella Place | | Cupertino, CA | 95014-4833 | USA | | 4,322 |
| Soon Guan Lee | 398 Boynton Avenue #31 | | San Jose, CA | 95117-1210 | USA | | 575 |
| Violet Lee | 20357 Clay St | | Cupertino, CA | 95014-4402 | USA | | 257,851 |
| Duoshou Li | 1314 Karmen Court | | Santa Clara, CA | 95051-3207 | USA | | 500 |
| Xiuzhu Li | 440 Nuestra Ave | | Sunnyvale, CA | 94086-7555 | USA | | 2,500 |

| Name | Street Address (1) | Street Address (2) | City/State | ZIP | Country | Contact | Shares |
|---|---|---|---|---|---|---|---|
| Chien-Hsin Lin | 13F #65 Hsin-Yi Road | Section 4 | Taipei | | TAIWAN | | 15,000 |
| Frank C & Grace H Lin Ttee of | The Lin Family 1987 Trust | 12505 Crayside Lane | Saratoga, CA | 95070-6524 | USA | | 50,000 |
| Fu-Hua Lin | 1235 Mayberry Lane | | San Jose, CA | 95131-3624 | USA | | 1,000 |
| Jyh-Ming Lin | #20 Po-Chuang 3rd Road | | Hsin-Chu | | TAIWAN | | 5,000 |
| Mei-Hwa Chung Lin | 7F #12 Lane 42 I Hsien Road | | Taipei | | TAIWAN | | 15,000 |
| Yung-Ming Lin | #4-9 Hsueh-Tien Road | San-Ho Village Wu Rhy Hsien | Taichung | | TAIWAN | | 501 |
| Ing Dar Liu | No 3, Li-Hsin Rd, 11 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 100,000 |
| Hsiuhwa Lin | 1763 Parkview Green Circle | | San Jose, CA | 95131-3227 | USA | | 2,500 |
| Keng-Min Lin | 18F #61 Cheng-Ho Road 806 | | Kaohsiung | | TAIWAN | | 33,000 |
| Tse-Meng Lin | 1F #62 West Yuan | National Tsing-Hua University | Hsin-Chu | | TAIWAN | | 5,000 |
| Hsiu-Jen Liu | 6F-2 #247 Section 1 | Ta-An Road | Taipei | | TAIWAN | | 25,000 |
| Ping-Chang Liu | 5F 337 Kuan-Ming 5th Street | | Chu Pei | 302 | TAIWAN | | 3,000 |
| Tsan-Huang Liu | 4F #20 Lane 8 Jangshin Street | Wenshan Chiu | Taipei | | TAIWAN | | 3,458 |
| Helen Hue Hien Luong | 40211 Strawflower Way | | Fremont, CA | 94538-2492 | USA | | 500 |
| Magic International Co. Ltd. | 2nd Floor #2 Lane 497 | Chung Cheng Road | Hsin-Tien | | TAIWAN | | 250,000 |
| NEC Corporation | 7-1, Shiba 5-Chome, Minato-Ku | | Tokyo | 108-8001 | JAPAN | Attn: Hideaki Kageyama | 166,667 |
| Jow H Peng | 44477 Parkmeadow Drive | | Fremont, CA | 94539-6581 | USA | | 40,500 |
| Chenchen R Lu | 3155 Frontera Way #132 | | Burlingame, CA | 94010-5757 | USA | | 12,500 |
| Hui-Ping Ma | 1855 Wembley Court | | San Jose, CA | 95132-3550 | USA | | 48,565 |
| Chandra M Manickam | 4299 Thorngate Ct | | Acworth, GA | 30101-6816 | USA | | 50 |
| An Li Ou-Yang | 5F-1 #63 Siu Wei Road | | Hsin-Chu | | TAIWAN | | 25,000 |
| Primus Technology Ventures Inc. | 16th Floor 35 Section3 | Min-Chuan East Road | Taipei | | TAIWAN | | 125,000 |
| Promate Electronic Co. Ltd. | 4F #30 Huan Shan Road | Section 1 | Taipei | | TAIWAN | | 250,000 |
| Quartet Foundations Inc. | 2nd Floor 80 An-Ho Road | Section 1 | Taipei | | TAIWAN | | 125,000 |
| Rich Profession Limited | 9th Floor New World Tower 2 | 18 Queen's Road Central | | | HONG KONG | Attn: Cheung Chin Cheung, Tommy | 1,500,000 |
| Ya-Ming Shih | 4F #9 Lane 160 Fu-Ganng Street | | Taipei | | TAIWAN | | 2,500 |
| Siliconware Investment Company Ltd. | Flr 9 #105 Tun Hwa South Road | Section 2 | Taipei | 106 | TAIWAN | | 500,000 |
| Wilson Z Qiu | 106 Images Circle | | Milpitas, CA | 95035-4353 | USA | | 1,500 |
| Prem Ramaswamy | 3290 Fowler Road | | San Jose, CA | 95135-1177 | USA | | 3,000 |
| Richmond Holdings Global Limited | 20-C 60 Tun Hua South Road | Section 2 | Taipei | | TAIWAN | | 250,000 |
| Silicon Foundries Inc | 1271 Oakmead Parkway | | Sunnyvale, CA | 94085-4040 | USA | | 250,000 |
| Jennifer Silva | 1505 De Rose Way #120 | | San Jose, CA | 95126-4138 | USA | | 2 |
| Guanghua Su | 3272 Placido Court | | San Jose, CA | 95135-2341 | USA | | 1,575 |
| Su-Chiu Sun | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 44,500 |
| Taiwan Special Opportunities Fund II | 16th Floor 169 Jen Ai Road | Section 4 | Taipei | | TAIWAN | | 750,000 |
| Tenrich Holdings Limited | 2F 233-1 Bao Chiao Road | | Hsin-Tien City | | TAIWAN | | 125,000 |
| Trident Microsystems (Far East) Ltd | 2450 Walsh Avenue | | Santa Clara, CA | 95051-1303 | USA | | 227,250 |
| Pei-Chang Su | 8F 337 Fu-Hsing North Road | | Taipei | | TAIWAN | | 25,000 |
| Ching-Chieh Tai | #11 Lane 25 Tan-Ton Road | Chang-Chieh Hsiang | Pingtung | | TAIWAN | | 1,503 |
| Techgains International Corporation | 1111 Jupiter Road, Suite 100B | | Plano, TX | 75074-7028 | USA | | 312,500 |
| Chen-Ying Tien | #63 Shui-Shen Road | Shanhu Village Pao Shan Hsiang | Hsin-Chu | | TAIWAN | | 5,000 |
| Triton I Venture Capital Limited | #89 Sung-Jen Road | 11th Floor Suite D | Taipei | 110 | TAIWAN | | 375,000 |
| Ching-Hsu Tsai | #6 Lane 58 Chien-Mei Road | | Hsin-Chu | | TAIWAN | | 25,000 |
| Chen-Hen Tsen | #3 Li-Hsin Road 2 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 217,500 |
| Ying-Chang Tseng | 15F-3 #193 Ching-Shin Road | | Taipei | 117 | TAIWAN | | 8,645 |
| Ching Ying Tsui | 18861 Arata Way | | Cupertino, CA | 95014-3670 | USA | | 5,000 |
| United Microelectronics Corporation | 3F #76 Tunhwa South Road | Section 2 | Taipei | | TAIWAN | | 7,000,000 |
| Meng-Chieh Tsao | 928 Populus Place | | Sunnyvale, CA | 94086-9049 | USA | | 1,000 |
| Mindy Tseng | 1831 Tambour Way | | San Jose, CA | 95131-3418 | USA | | 800 |
| Horace Hong-Tsi Tsiang | 118 Nan-Lin Road | Taishan Hsiang | Taipei Hsien | | TAIWAN | | 25,000 |
| Tziheng Tung | 6456 Edgemoor Way | | San Jose, CA | 95129-2927 | USA | | 5,000 |
| Jeffrey Wang | 5021 Juniper Circle | | La Palma, CA | 90623-1657 | USA | | 1,000 |
| Long-Chia Wang | Creation Road III #4 | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 25,000 |
| Scott Kuenchir Wang | 307 Meadowhaven Way | | Milpitas, CA | 95035-4456 | USA | | 10,333 |
| Shih-Liang Wang | #12 Alley 7 Lane 400 | Ming-Hu Road | Hsin-Chu | | TAIWAN | | 4,322 |
| Marshall Wolf | Box 566 Church St Station | | New York, NY | 10008-0566 | USA | | 8,101 |
| Jieh-Woei Wu | 3F #20-1 Lane 281 | Chun-Yang Road | Hsin-Chu | | TAIWAN | | 5,000 |
| Ping-Hsing Wang | #5 Ming-Yu Street II | | Hsin-Chu | | TAIWAN | | 3,000 |
| Sheng-Yui Wang | 3F #76 Section 2 | TunHwa South Road | Taipei | | TAIWAN | | 5,585 |
| Weng-Chieh Wang | 15F-2 #7 Lane 175 | Wu-Lin Road | Hsin-Chu | | TAIWAN | | 30,000 |
| WPI Investment Co Ltd | 5F-1 #512 Chang Kung Road | Section 2 Nei Hu District | Taipei | | TAIWAN | | 125,000 |
| Mei-Chia Wu | 2F #1 Lane 11 Bi-An Street | | Hsin-Tien City | | TAIWAN | | 1,620 |

| Name | Street Address (1) | Street Address (2) | City/State | ZIP | Country | Contact | Shares |
|---|---|---|---|---|---|---|---|
| Po-Chuan Wu | 5F-2 #58 Section 2 | Ho-Pei Road | Taichung | | TAIWAN | | 25,000 |
| Chung-Hsin Yang | 10F #168 Pei-Ta Road | | Hsin-Chu | | TAIWAN | | 25,000 |
| Ming-Ching Yang | 3F #13 Innovation Road 1 | Science Based Industrial Park | Hsin-Chu | 300 | TAIWAN | | 1,729 |
| Sheng-Der Yen | 15F-1 #106 Tun Hwa South Road | Sec. II | Taipei | | TAIWAN | | 5,000 |
| Mei Yin | #7 Lane 16 Chang Chun Road | Hsin Tien City | Taipei | | TAIWAN | | 2,593 |
| Kuo-Qin Yan | 1831 Tambour Way | | San Jose, CA | 95131-3418 | USA | | 800 |
| Hsi-Yuan Yang | #21 Chu Tsuen 7th Road | Science Based Industrial Park | Hsin-Chu | | TAIWAN | | 22,000 |
| Kuo-Huei Yen | 1831 Tambour Way | | San Jose, CA | 95131-3418 | USA | | 5,600 |
| Su-Chen Yen | 1831 Tambour Way | | San Jose, CA | 95131-3418 | USA | | 800 |
| Wien-Chong (Wayne) Young | 230 North Grant Lane | | Placentia, CA | 92870-8435 | USA | | 1,833 |
| Chung-Yuan Yu | 18887 Bellgrove Circle | | Saratoga, CA | 95070-4566 | USA | | 50,000 |
| Jiu Yuan | 1314 Karmen Court | | Santa Clara, CA | 95051-3207 | USA | | 500 |
| Yin Zhao | 18861 Arata Way | | Cupertino, CA | 95014-3670 | USA | | 2,000 |
| Yu Mao Investment Holding Co Ltd | #8 Li Shing Rd VII | Science Based Industrial Park | Hsin-Chu | 300 | TAIWAN | | 60,000 |
| Hong Zhang | 34136 Finnigan Terrace | | Fremont, CA | 94555-3824 | USA | | 2,000 |
| Eugene Zien | 616 Clyde Court | | Milpitas, CA | 95035-3914 | USA | | 13,000 |

27,435,016

Integrated Telecom Express, Inc.
Stockholder Listing as of 7/26/02 - "Street" Holders

| Name of Institution | Address | City/State/Zip | Contact Name | Phone No. | No. of Shares |
|---|---|---|---|---|---|
| A.G. Edwards & Sons, Inc. | 2801 Clark Street | St. Louis, MO 63103 | Peggy Hubbs | 314-955-3285 | 4,727 |
| ABN AMRO Incorporated | 55 East 52nd Street | New York, NY 10055 | Peter Russomondo | 212-409-0204 | 307,000 |
| Adams, Harkness & Hill, Inc. | 60 State Street, 12th Floor | Boston, MA 02109 | Jeffery G. Sihpol | 617-371-3900 | 103,700 |
| American Enterprise Investment Services Inc. | 2178 AXP Financial Center | Minneapolis, MN 55474 | Rebecca Strand | 612-671-6701 | 7,150 |
| Ameritrade, Inc. | c/o ADP Proxy Services | | | 631-254-7723 | 183,516 |
| Banc of America Securities LLC, Montgomery Division | 300 Harmon Meadow Blvd. | Secaucus, NJ 07094 | Scott Reifer | 201-325-4328 | 103,400 |
| Banca IMI Securities Corp. | c/o ADP Proxy Services | | | 516-254-7400 | 550 |
| Bank of New York | 925 Patterson Plank Road | Secaucus, NJ 07094 | Cecile Lamarco | 201-319-3066 | 8,030 |
| Barclays Global Investors N.A. | 980 9th Street, 6th Floor | Sacramento, CA 95814 | Elizabeth Iriarte | 916-558-6421 | 34,645 |
| Bear, Stearns Securities Corp. | One Metrotech Center North, 4th Floor | Brooklyn, NY 11201-3862 | Vincent Marzella | 347-643-2302 | 2,362,143 |
| Bidwell & Company | 330 S.W. Sixth Avenue | Portland, OR 97204 | Dennis Call | 503-790-9000*2634 | 1,600 |
| BMO Nesbitt Burns Inc. | 1 First Canadian Place, 13th Floor, PO Box 150 | Toronto, Ontario, Canada M5X 1H3 | Louise Torangeau | 416-359-6741 | 16,835 |
| BNP Paribas Brokerage Services, Inc. | Three Radnor Corporate Center, Suite 140 | Radnor, PA 19087 | David A. Tanier | 610-995-4277 | 4,000 |
| BNY Clearing International Services Division | 101 Barclay Street, 13th Floor | New York, NY 10286 | Michael Grana | 212-815-3800 | 3,370 |
| BNY Clearing Services LLC | 51 Mercedes Way | Edgewood, NY 11717 | Issuer Services | 631-254-7400 | 3,709 |
| Boston Safe Deposit and Trust Company | 525 William Penn Place, Suite 3631 | Pittsburgh, PA 15259 | M. White | 412-234-2475 | 41,850 |
| Brown & Company Securities Corporation | 1 Beacon Street | Boston, MA 02108 | Dawn Cobak | 617-624-6332 | 51,020 |
| Brown Brothers Harriman & Co. | 63 Wall Street, 8th Floor | New York, NY 10005 | Robert Davide | 212-493-7946 | 218,709 |
| Charles Schwab & Co., Inc. | 101 Montgomery Street | San Francisco, CA 94104 | Ken Holzmann | 415-667-4133 | 1,079,825 |
| CIBC World Markets Inc. | BCE Place, 161 Bay Street, PO Box 500 | Toronto, Ontario, Canada M5J 2S8 | Elenita Angalilingan | 416-217-8846 | 1,301 |
| Citibank, N.A. | 3800 Citibank Center B3-15 | Tampa, FL 33610 | David A. Leslie | 813-604-1193 | 25,209 |
| City Securities Corporation | 135 N Pennsylvania Street, Suite 2200 | Indianapolis, IN 46204 | Ginny Taylor | 317-634-4400*267 | 1,500 |
| Computer Clearing Services Inc. | c/o ADP Proxy Services | | | 516-254-7400 | 100 |
| Crowell, Weedon & Co. | 624 S. Grand Avenue, 25th Floor | Los Angeles, CA 90017 | Larry Schilt | 213-620-1850*2435 | 2,000 |
| Daiwa Securities Trust Company | One Evertrust Plaza | Jersey City, NJ 07302 | Teresa P. Borja | 201-915-3064 | 12,000 |
| Davenport & Company LLC | c/o ADP Proxy Services | | | 516-254-7400 | 400 |
| DBTC Americas/Deutsche Bank Frankfurt | 14 Wall Street 5th Floor, Broker/Dealer Clearance | New York, NY 10005 | Scott Habura | 212-618-2216 | 600 |
| Deutsche Bank Securities Inc. | 1251 Avenue of the Americas | New York, NY 10020 | Andrea Augustina | 212-469-2399 | 99,550 |
| Deutsche Bank Trust Company Americas | 648 Grassmere Park Road | Nashville, TN 37211 | John Lasher | 615-835-3419 | 19,396 |
| Donaldson, Lufkin and Jenrette Securities Corporation | Securities Corporation, 1 Pershing Plaza | Jersey City, NJ 07399 | Al Hernandez | 201-413-3090 | 518,671 |
| E*TRADE Securities, Inc. | 10951 White Rock Road | Rancho Cordova, CA 95670 | Doug Richwine | 916-864-8314 | 331,849 |
| Edward D. Jones & Co. | 700 Maryville Center Drive | St Louis, MO 63141 | Hedy Getz | 314-515-6201 | 4,324 |
| Fahnestock & Co., Inc. | 125 Broad Street, 15th Floor | New York, NY 10004 | Joe Calder | 212-363-4665 | 21,000 |
| Ferris, Baker Watts, Incorporated | 8403 Colesville Road, Suite 900 | Silver Spring, MD 20910 | George E. Anthony | 301-273-6122 | 6,000 |
| First Albany Corporation | 30 South Pearl Street | Albany, NY 12207 | Andrea Zink | 518-447-8116 | 200 |
| First Clearing Corporation | 10700 Wheat First Drive | Glen Allen, VA 23060 | Charita Thompson | 804-965-2348 | 7,650 |
| First Options of Chicago, Inc. | 440 S. Lasalle Street, 3rd Floor | Chicago, IL 60605 | Ted Kozien | 312-362-4237 | 272,400 |
| Fiserv Securities, Inc. | c/o ADP Proxy Services, 51 Mercedes Way | Edgewood, NY 11717 | Issuer Services | 631-254-7400 | 9,005 |
| Fleet Securities, Inc. | 26 Broadway, 12th Floor | New York, NY 10004 | Kathy Guillou | 212-747-5952 | 176,069 |
| Folio(FN) Investments, Inc. | 8401 Old Courthouse Road | Vienna, VA 22182 | Brian Darby | 703-245-4866 | 107 |
| Goldman Sachs International | 1 New York Plaza, 45th Floor | New York, NY 10004 | Patricia Baldwin | 212-902-8244 | 300 |
| Goldman, Sachs & Co. | 180 Maiden Lane | New York, NY 10038 | Patricia Baldwin | 212-902-0321 | 115,500 |
| H & R Block Financial Advisors, Inc. | 751 Griswold Street | Detroit, MI 48226 | Brian Newcombe | 313-628-1637 | 1,200 |
| HSBC Bank USA | One Hanson Place, Lower Level | Brooklyn, NY 11243 | Anthony Pla' | 718-488-4404 | 1,000 |
| HSBC Securities (Canada) Inc. | 105 Adelaide St, West, Suite 1200 | Toronto, Ontario, Canada M5H 1P9 | Jaegar Barrymore | 416-947-2729 | 1,800 |
| Iclearing LLC | c/o ADP Proxy Services, 51 Mercedes Way | Edgewood, NY 11717 | Issuer Services | 631-254-7400 | 353,280 |
| Ingalls & Snyder, LLC | c/o ADP Proxy Services | | | 516-254-7400 | 51,800 |

| Name of Institution | Address | City/State/Zip | Name | Phone No. | Shares |
|---|---|---|---|---|---|
| Interactive Brokers Retail Equity Clearing | Participant Contact Not Found | | | | 2,100 |
| Investec Ernst & Company | One Battery Park Plaza | New York, NY 10004 | Anthony Sagaria | 212-898-6437 | 118,975 |
| Investors Bank & Trust Company | 200 Clarendon St 9th Fl, Corporate Actions Unit/TC | Boston, MA 02116 | Christopher Jones | 617-937-8627 | 2,206 |
| J.J.B. Hilliard, W.L. Lyons, Inc. | c/o ADP Proxy Services, 51 Mercedes Way | Edgewood, NY 11717 | Kevin Medico | 631-254-7643 | 1,000 |
| JB Oxford & Company | 9665 Wilshire Blvd, Suite 300 | Beverly Hills, CA 90212 | Cecillia De Clara | 310-777-8870 | 90,600 |
| JPMorgan Chase Bank | Proxy/Class Actions/Bankruptcy, 14201 Dallas Pkv | Dallas, TX 75254 | Paula J. Dabner | 469-477-0081 | 2,255 |
| JPMorgan Chase Bank/IA | One Chase Manhattan Plaza 4-B | New York, NY 10081 | Sushil Patel | 212-552-7522 | 207,857 |
| Legg Mason Wood Walker, Inc. | c/o ADP Proxy Services | | | 516-254-7500 | 13,200 |
| Lehman Brothers, Inc. | 101 Hudson Street, 20th Floor | Jersey City, NJ 07302 | Edward Han | 201-524-2628 | 1,206,785 |
| M&I Marshall & Ilsley Bank | c/o ADP Proxy Services, 51 Mercedes Way | Edgewood, NY 11717 | Issuer Services | 631-254-7400 | 8,000 |
| Man Financial Inc. | 440 South Lasalle Street, 20th Floor | Chicago, IL 60605 | Rosemary Morse | 312-663-7697 | 100 |
| Merrill Lynch, Pierce Fenner & Smith Safekeeping | 4 Corporate Place | Piscataway, NJ 08854 | Veronica E. O'Neill | 201-557-2620 | 2,388,204 |
| Merrill Lynch, Pierce Fenner & Smith Incorporated | 101 Hudson St 9th Fl | Jersey City, NJ 07302 | Veronica E. O'Neill | 201-557-2617 | 4,330 |
| Morgan Stanley & Co. Incorporated | One Pierrepont Plaza, 7th Floor | Brooklyn, NY 11201 | Victor Reich | 718-754-4019 | 714,600 |
| Morgan Stanley DW Inc. | c/o ADP Proxy Services, 51 Mercedes Way | Edgewood, NY 11717 | Issuer Services | 631-254-7400 | 44,613 |
| Morgan Stanley DW Inc./Morgan Stanley Online | c/o ADP Proxy Services, 51 Mercedes Way | Edgewood, NY 11717 | Issuer Services | 631-254-7400 | 44,415 |
| National Financial Services LLC | 200 Liberty Street | New York City, NY 10281 | Peter Bove | 877-612-2047 | 332,066 |
| National Investor Sevices Corp. | 55 Water Street, 32 Floor | New York, NY 10041 | Anthony Demario | 212-428-8815 | 385,575 |
| NBCN Clearing, Inc./CDS | 1010 Rue De La Gauchetiere St West, Suite 1925 | Montreal, Qeubec, Canada H3B 5J2 | Massimo Del Papa | 514-875-3800*5635 | 1,675 |
| Northern Trust Company (The) | 801 S. Canal C-In | Chicago, IL 60607 | Jarvis A. McKee | 312-630-1828 | 88,700 |
| Pension Financial Services, Inc. | 1700 Pacific Avenue, Suite 1400 | Dallas, TX 75201 | Henry Etier | 214-765-1194 | 20,401 |
| Pension Financial Services, Inc./CDS | c/o Canadian Depository For Secs Ltd, 600 Boul D | Montreal, Quebec, Canada H3A 3J2 | Pierre Yves Camu | 514-848-6033 | 6,150 |
| PNC Bank, National Association | 1600 Market Street, 29th Floor | Philadelphia, PA 19103 | Glenn Metzger | 215-585-5576 | 38,400 |
| Primevest Financial Services, Inc. | 400 1st Street So. | St. Cloud, MN 56301 | Operations Manager | 612-656-4300 | 1,175 |
| Prudential Securities Incorporated | For Consents and Corporate Actions, 111 8th Aver | New York, NY 10011 | Antonio Lopez | 212-776-8013 | 137,188 |
| Raymond, James & Associates, Inc. | 880 Carilion Parkway, P.O. Box 12749 | St. Petersburg, FL 33716 | Dee Bryd | 727-573-3800*13206 | 2,565 |
| RBC Dain Rauscher Inc. | 510 Marquette Ave South | Minneapolis, MN 55402 | Steve Schafer Sr | 612-607-8529 | 21,434 |
| RBC Dominion Securities, Inc. | 200 Bay Street, 6th Floor, Royal Bank Plaza North | Toronto, Ontario, Canada M5J 2W7 | Karen Oliveres | 416-842-8282 | 1,348 |
| Salomon Smith Barney Inc. | 333 W. 34th Street | New York, NY 10001 | Pat Haller | 212-615-9212 | 431,622 |
| Sanford C. Bernstein & Co., LLC | One North Lexington Ave | White Plains, NY 10601 | Carmine Carrella | 914-993-2870 | 100 |
| Scotia Capital Inc./CDS | P.O. Box 4085, Station "A" | Toronto, Ontario, Canada M5W 2X6 | Normita Ramirez | 416-863-7842 | 2,000 |
| Scott & Stringfellow, Inc. | 7401 Beaufont Springs Drive, Suite 401 | Richmond, VA 23225 | Linda Miller | 804-643-1811*449 | 150 |
| Scottrade, Inc. | c/o ADP Proxy Services | | | 631-254-7400 | 19,732 |
| Spear, Leeds & Kellogg | 120 Broadway | New York, NY 10271 | Connie Kanellopoulos | 212-433-7531 | 521,039 |
| State Street Bank and Trust Company | 1776 Heritage Dr., Global Corporate Action Unit JA | No. Quincy, MA 02171 | Joseph J. Callahan | 617-985-6453 | 768,100 |
| Swiss American Securities Inc. | 12 East 49th Street, 41st Floor | New York, NY 10017 | Glenn Pizer | 212-612-8749 | 125,966 |
| SWS Securities, Inc. | 1201 Elm Street, Suite 3500 | Dallas, TX 75270 | Felisha Howard | 214-859-6148 | 55,355 |
| TD Waterhouse Investor Services Inc. | 585 Middlefield Rd. Unit No. 33 | Scarborough, Ontario, Canada M4X 1J9 | Beverly Adams | 416-292-9290 | 187,240 |
| The Canadian Depository For Securities Limited | Two First Canadian Place Suite 1300, PO Box 32 | Toronto, Ontario, Canada M5X 1A9 | Nathalie Goyette | 416-365-8443 | 2,013 |
| U.S. Bancorp Piper Jaffray Inc. | Institutional Financial Services, MPFP 1920, 601 S | Minneapolis, MN 55402 | Tia Lee | 612-973-1226 | 3,000 |
| UBS Painewebber Inc. | 1000 Harbor Blvd | Weekhawken, NJ 07087 | Jane Flood | 201-352-7319 | 253,184 |
| UMB Bank, National Association | 928 Grand Blvd | Kansas City, MO 64106 | Laurie Box | 816-860-5961 | 308,300 |
| USAA Investment Management Company | 9800 Fredrickburg Road, BSB Building A03S | San Antonio, TX 78288 | Twila Telchik | 210-456-7545 | 3,063 |
| Wachovia Bank N.A. | 530 Walnut Street, 1st Floor | Philadelphia, PA 19101 | Courtney Burton | 215-670-4611 | 23,060 |
| Wachtel & Co., Inc. | 1101 14th Street, NW #800 | Washington, DC 20005 | Charles Zier | 202-898-1144 | 25,400 |
| Wedbush Morgan Securities, Inc. | 1000 Wilshire Blvd | Los Angeles, CA 90017 | Alicia Gonzales | 213-688-4565 | 2,945 |
| Weiss, Peck & Greer, LLC | One New York Plaza, 31st Floor | New York, NY 10004 | Paul Weltchek | 212-908-9613 | 1,000 |
| Wells Fargo Investments, LLC | 608 2nd Ave South, MAC N9303-084 | Minneapolis, MN 55402 | Colleen Grundtner | 612-316-3080 | 2,920 |
| | | | | | 15,192,096 |

Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market, Suite 1600
Wilmington, DE 19801
(302) 652-4100

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter |
| | ) |
| INTEGRATED TELECOM EXPRESS, INC., | ) 11 Case No. |
| | ) |
| Debtor. | ) |
| Federal Tax Id No. 77-0403748 | ) |

**DECLARATION UNDER PENALTY OF**
**PERJURY ON BEHALF OF A CORPORATION**

I, _James Williams_ of Integrated Telecom Express, Inc., named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing <u>List of Equity Security Holders</u> and that it is true and correct to the best of my information and belief.

Dated: _10/4/02_

Signature _[signature]_
By: _James Williams_
Its _CFO_