# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTEGRATED TELECOM EXPRESS, INC., | ) | Case No. 02-12945 (PJW) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the following counsel appears on behalf of the Official Committee of Equity Holders and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**
Kevin Gross, Esquire
Herbert W. Mondros, Esquire
919 Market Street, Suite 1401
Wilmington, DE 19801
Telephone: 302-656-4433
Facsimile: 302-658-7567

and

**BAKER & MCKENZIE**
Ali Mojdehi, Esquire
The Wells Fargo Plaza, 12th Floor
101 West Broadway
San Diego, CA 92101
Telephone: 619-236-1441
Facsimile: 619-236-0429

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which are entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 13, 2002

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

By: /s/ Kevin Gross
    Kevin Gross (DSBA No. 209)
    Herbert W. Mondros (DSBA No. 3308)
    919 Market Street, Suite 1401
    Wilmington, Delaware 19801
    Tel: (302) 656-4433
    Fax: (302) 658-7567